**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-__________** |
| **v.** | : | **DATE FILED:__________** |
| **CODY NOROSKI** | : | **VIOLATIONS:**<br>**18 U.S.C. § 2422(b) (use of an interstate commerce facility to entice a minor, and attempt to entice a minor, to engage in sexual conduct – 1 count)**<br>**18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count)**<br>**18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 1 count)**<br>**18 U.S.C. § 2423(a) (transportation of a minor with intent to engage in criminal sexual activity – 1 count)**<br>**18 U.S.C. § 2(b) (willfully causing)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

Between on or about September 6, 2024, and on or about September 21, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**CODY NOROSKI**

used a means and facility of interstate and foreign commerce, that is, the Internet and cellular telephone service, to persuade, induce, entice, and coerce Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexual activity for which any person could be charged with a criminal offense, that is, the manufacturing of child pornography, in violation of Title 18, United States Code, Section 2251(a), unlawful sexual contact in the

second degree, in violation of Title 11, DE Code, § 768, and rape in the third degree, in violation of Title 11, DE Code, § 771, and attempted to do so.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 7, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**CODY NOROSKI**

knowingly received a visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of a minor engaged in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2), (b)(1).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 9, 2024, in the Eastern District of Pennsylvania, and elsewhere, defendant

**CODY NOROSKI**

employed, used, persuaded, induced, enticed and coerced Minor #1, who had not attained the age of 18 years and who is known to the grand jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and willfully caused the same, that is, by soliciting and directing Minor #1 to take photographs while engaged in sexually explicit conduct and transmit the images via the Internet, and defendant NOROSKI knew and had reason to know that the visual depictions would be transported and transmitted using a facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that is, the Internet and cellular telephone service.

In violation of Title 18, United States Code, Sections 2251(a), (e) and 2(b).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 13, 2024, in the Eastern District of Pennsylvania and elsewhere, defendant

**CODY NOROSKI**

knowingly transported Minor #1, who had not attained the age of 18 years and who is known to the grand jury, from Pennsylvania to Delaware in interstate commerce with the intent that Minor #1 engage in sexual activity for which a person could be charged with a criminal offense, that is, unlawful sexual contact in the second degree, in violation of Title 11, DE Code, § 768, and rape in the third degree, in violation of Title 11, DE Code, § 771.

In violation of Title 18, United States Code, Section 2423(a).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violations of Title 18, United States Code, Sections 2422(b), 2251(a), 2252(a)(2), and 2423(a) as set forth in this indictment, defendant

**CODY NOROSKI**

shall forfeit to the United States of America:

(a) any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b) any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly from such violations; and

(c) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violations.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Sections 2428 and

2253, to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 2428 and 2253.

**A TRUE BILL:**

[redacted]

Christine E. Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

CODY NOROSKI

INDICTMENT

18 U.S.C. ' 2422(b) (use of an interstate commerce facility to entice a minor, and attempt to entice a minor, to engage in sexual conduct – 1 count)
18 U.S.C. § 2252(a)(2), (b)(1) (receipt of child pornography – 1 count)
18 U.S.C. § 2251(a), (e) (manufacture and attempted manufacture of child pornography – 1 count)
18 U.S.C. § 2423(a) (transportation of a minor with intent to engage in criminal sexual activity – 1 count)
18 U.S.C. § 2(b) (willfully [redacted]

F[redacted]ay,